FOURTH DEPARTMENT, SEPTEMBER, 1942.

(September 17, 1942.)

In the Matter of the Judicial Settlement of the Account of FIRST TRUST AND DEPOSIT COMPANY, FLORA MAY CLERE and ROY P. CHAMBERLIN, as the Executors, etc., of THOMAS H. CLERE, Deceased.— Motion to amend order of this court entered November 8, 1940, as modified and amended by the order entered January 7, 1941, and for other relief, denied, without costs. [See 260 App. Div. 984; 261 id. 883.] Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

COUNTY OF ONEIDA and GARDNER O. HART, as County Treasurer of Oneida County, Appellants, v. FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Respondent. Action No. 3.— Motion for leave to appeal to the Court of Appeals on certified questions withdrawn. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

COUNTY OF ONEIDA and GARDNER O. HART, as County Treasurer of Oneida County, Respondents, v. FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Appellant. Action No. 1.— Motions for leave to appeal to the Court of Appeals on certified questions and for restitution withdrawn. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

COUNTY OF ONEIDA and GARDNER O. HART, as County Treasurer of Oneida County, Respondents, v. FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Appellant. Action No. 2.— Motions for leave to appeal to the Court of Appeals on certified questions and for restitution withdrawn. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

(September 23, 1942.)

HERBERT A. EDWARDS and ROSE M. EDWARDS, Appellants, v. STEUBEN OIL COMPANY, INC., Respondent.— Judgment so far as appealed from and the order denying a motion to file a supplemental complaint reversed on the law and the facts and the motion for a new trial granted as a matter of discretion, with costs to the appellants to abide the event. Findings of fact Nos. 1 and 6 disapproved and reversed. Memorandum: There were two actions involved in the trial herein, one commenced by the plaintiffs to restrain the defendant, Steuben Oil Company, Inc., from removing from the eight oil wells on the plaintiffs' premises the fixtures, pipes, machinery and equipment and other property used in connection therewith, the other commenced by the defendant, Steuben Oil Company, Inc., to replevin from the plaintiffs such fixtures, pipes, machinery and equipment. The two actions were consolidated and tried together. The complaint in the replevin action was dismissed and judgment was rendered in the equitable action denying an injunction. The defendant before the commencement of the action executed and delivered to the plaintiffs a written instrument surrendering its oil and gas leases and releasing and discharging the parties thereto from any, all and every liability thereunder. The release was received in evidence, as also were, without objection, certificates of sale for unpaid taxes by the county treasurer of Steuben county of the oil wells on plaintiffs' property. These certificates show that defendant's time to redeem the property from such tax sales had expired. The county